| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TIMOTHY H. DELGADO<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0061-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| ROLAND ADRIAN JUFIAR, and<br>DAVID GARCIA ROMERO, | Date: June 25, 2019<br>Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Roland Jufiar and David Romero, through their counsel of record, stipulate that the status conference now set for June 25, 2019, be continued to July 23, 2019, at 9:15 a.m.[1]

On March 29, 2018, all three defendants were arraigned on the ten-count Indictment in this case. (ECF Nos. 16, 19.) In the weeks following, the government produced discovery to the defense that included over 530 pages of reports and memoranda, roughly 565 photos, and other items. In March 2019, the government produced supplemental discovery that included over 1,100 photos, forensic extraction reports for nine cellular telephones, and toll records for eleven cellular devices. Counsel for defendants Jufiar and Romero require additional time to review these new materials, as well as the materials already

---

[1] The third defendant in this case, Andre Ramon Washington, will appear as scheduled for the June 25, 2019 status hearing. Mr. Washington intends to enter a guilty plea on that date.

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

produced, time to discuss them with their clients, to conduct research into potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference now set for June 25, 2019, be continued to July 23, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 23, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 20, 2019          /s/ Timothy H. Delgado
                              TIMOTHY H. DELGADO
                              Assistant United States Attorney
                              Attorney for Plaintiff United States

Dated: June 20, 2019          /s/ THD for Megan Virga
                              MEGAN VIRGA
                              Attorney for Defendant Roland Jufiar

Dated: June 20, 2019          /s/ THD for Ronald J. Peters
                              RONALD J. PETERS
                              Attorney for Defendant David Romero

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including July 23, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the June 25, 2019 status conference be continued until July 23, 2019, at 9:15 a.m.

Dated: June 21, 2019 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge