McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0061-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: July 23, 2019 |
| ROLAND ADRIAN JUFIAR, and DAVID GARCIA ROMERO, | Time: 9:15 a.m.<br>Judge: Hon. John A. Mendez |
| Defendants. | |

Plaintiff United States of America, through its respective counsel, and defendants Roland Jufiar and David Romero, through their counsel of record, stipulate that the status conference now set for July 23, 2019, be continued to August 6, 2019, at 9:15 a.m.[1]

On March 29, 2018, all three defendants were arraigned on the ten-count Indictment in this case. (ECF Nos. 16, 19.) In the weeks following, the government produced discovery to the defense that included over 530 pages of reports and memoranda, roughly 565 photos, and other items. In March 2019, the government produced supplemental discovery that included over 1,100 photos, forensic extraction reports for nine cellular telephones, and toll records for eleven cellular devices. Counsel for defendants Jufiar and Romero require additional time to review the discovery materials, time to discuss it with their

---

[1] The third defendant in this case, Andre Ramon Washington, entered a guilty plea on June 25, 2019. Judgment and sentencing in his case is set for October 1, 2019.

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

clients, to conduct research into potential suppression issues or motions to dismiss, to conduct additional investigation, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference now set for July 23, 2019, be continued to August 6, 2019, at 9:15 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including August 6, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4], based on continuity of counsel and defense preparation.

The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: July 19, 2019 /s/ *Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States

Dated: July 19, 2019 /s/ *THD for Megan Virga*
MEGAN VIRGA
Attorney for Defendant Roland Jufiar

Dated: July 19, 2019 /s/ *THD for Ronald J. Peters*
RONALD J. PETERS
Attorney for Defendant David Romero

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, up to and including August 6, 2019, shall be excluded from computation of time within which the trial in this case must begin under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the July 23, 2019 status conference be continued until August 6, 2019, at 9:15 a.m.

Dated: July 19, 2019 /s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge