McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

*Attorneys for Plaintiff*
*United States of America*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0061-JAM-2 |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| ROLAND ADRIAN JUFIAR, | |
| Defendant. | |

In keeping with the plea agreement entered into between plaintiff United States of America and defendant Roland Adrian Jufiar (Dkt. No. 43), it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Under 21 U.S.C. § 853(a), defendant Roland Adrian Jufiar's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. 2012 GMC Yukon XL, VIN: 1GKS2MEF0CR228690, California License Plate Number: C590S0; and

    b. One Men's Gold Rolex Watch, Serial Number 8574228.

2. The above-listed property was used or intended to be used to commit or to promote the commission of violation of 21 U.S.C. §§ 841(a)(1) and 846, or constitutes substitute assets for property which was used, or intended to be used, to commit or promote the commission of those offenses.

/ / /

1

3. Under Rule 32.2(b) of the Federal Rules of Criminal Procedure, the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Under 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED.

Dated: August 23, 2019.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge