PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(559) 497-4093

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:18-CR-00061-JAM |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER FOR DISCOVERY IN THE ANCILLARY PROCEEDING |
| ROLAND ADRIAN JUFIAR, et al, | ) | |
| Defendants. | ) | |

The United States of America and Petitioner Roland Joseph Jufiar, appearing in *propria persona*, hereby jointly move for an order, pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), to allow the parties to conduct discovery in the ancillary proceeding.

## I. PRIOR PROCEEDINGS.

1. On March 29, 2018, defendant Roland Adrian Jufiar ("Jufiar") was indicted in the Eastern District of California on multiple counts of drug trafficking. (ECF No. 16).

2. On or about August 2, 2019, Jufiar pled guilty to one count of conspiracy to distribute at least 5 grams of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1). (ECF No. 43).

3. As part of his plea agreement, Jufiar agreed to forfeit the following assets as proceeds traceable to his drug crimes:

    a.    2012 GMC Yukon XL, VIN: 1GKS2MEF0CR228690, California License Number: C590S0; and

    b. Men's Gold Rolex Watch, Serial Number 8574228.

  4. Following the Court's entry of a preliminary order of forfeiture on August 23, 2019 (ECF No. 55), the United States provided notice to potential claimants pursuant to 21 U.S.C. § 853(n), 18 U.S.C. § 1963(1) and Local Rule 171. The deadline to file a petition was October 23, 2019 for those that received notice by publication. Roland Joseph Jufiar also filed a claim in the administrative matter noticed by the Drug Enforcement Administration claiming an interest in the 2012 GMC Yukon XL.

  5. On October 24, 2019, petitioner Roland Joseph Jufiar filed an ancillary petition contesting forfeiture of the 2012 GMC Yukon XL. (ECF No. 65). Petitioner Roland Joseph Jufiar claims the vehicle was purchased by him with legitimate funds from his Mexican restaurant business. (Id.). The 2012 GMC Yukon XL was used by defendant Roland Adrian Jufiar as a vehicle that facilitated his drug conspiracy.

  6. Criminal defendant Roland Adrian Jufiar pled guilty to conspiracy to distribute at least 5 grams of methamphetamine (actual) on or about November 19, 2019, at which time the preliminary order of forfeiture was final as to the defendant.

## II. FUTURE PROCEEDINGS.

  7. The United States and Petitioner Roland Joseph Jufiar seek to conduct discovery pursuant to Rule 32.2(c)(1)(B).

  8. Rule 32.2(c)(1)(B) of the Federal Rules of Criminal Procedure provides that the Court may, before conducting a hearing on the petition, "permit the parties to conduct discovery in accordance with the Federal Rules of Civil Procedure if the court determines that discovery is necessary or desirable to resolve factual issues." In the instant case, such discovery is both necessary and desirable so that petitioner Roland Joseph Jufiar's factual claims of his interest in the 2012 GMC Yukon XL can be resolved. Specifically, the United States anticipates serving written discovery, issuing subpoenas and thereafter Roland Joseph Jufiar will need to be deposed to ascertain his knowledge regarding the facilitation of the vehicle for defendant Jufiar's conspiracy to distribute methamphetamine

  9. To obtain the above information, the parties seek discovery in the manner authorized by

2                           Stipulation for Discovery
in the Ancillary Proceeding

the Federal Rules of Civil Procedure, including, but not limited to, depositions, subpoenas, interrogatories and document demands. With the Court's approval, the United States proposes the following discovery, motion and hearing schedule:

| Event | Timing |
|---|---|
| Discovery Cutoff | August 27, 2021 |
| Last Day to File Dispositive Motions | October 15, 2021 |
| Ancillary Hearing | Third Week of November 2021 |

10. For the foregoing reasons, the court should: (1) enter an order authorizing the parties to conduct discovery pursuant to Fed. R. Crim. P. 32.2(c)(1)(B); and (2) adopt the above litigation schedule or set a discovery schedule that the Court deems appropriate.

Dated: 5/11/2021                  PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated: 5-8-2021                 /s/ Roland Joseph Jufiar
ROLAND JOSEPH JUFIAR
Appearing in *Propria Persona*
(Original signature retained by attorney)

IT IS HEREBY ORDERED:

1. Discovery cutoff is set for **August 27, 2021**;

2. Last day to file dispositive motions set for **October 15, 2021**; and

3. The Ancillary Hearing is set for **November 16, 2021, at 9:30 a.m.,** in Courtroom 6, before District Judge John A. Mendez.

Dated: May 11, 2021          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE