PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(559) 497-4093

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18-CR-00061-JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE ANCILLARY PROCEEDING DATES; ORDER THEREON |
| ROLAND ADRIAN JUFIAR, | |
| Defendant. | |

The United States of America through its undersigned counsel, Alyson A. Berg, Assistant United States Attorney, and Roland Joseph Jufiar, appearing in *propria persona*, respectfully request that the Court so order, that the current ancillary proceeding dates below, be continued as follows:

| Event | Current | New Dates |
|---|---|---|
| Discovery Cutoff | August 27, 2021 | November 5, 2021 |
| Last Day to File Dispositive Motions | October 15, 2021 | December 17, 2021 |
| Ancillary Hearing | Third Week of November 2021 | February 22, 2022 |

Good cause exists for this extension because the U.S. Attorney's Office is not anticipating full operations to resume until September 7, 2021 per COVID-19 protocol, so the United States is unable

1

Stipulation to Continue Discovery, Motion, and
Ancillary Hearing Dates;  Order Thereon

to conduct the deposition of Roland Joseph Jufiar until after that time, which is after the current deadline.  At the time the parties agreed to these dates it was understood that the United States Attorney's Office would be fully operational and that the dates could be met.  However, due to circumstances outside the control of the parties, additional time is required to conduct the deposition of Mr. Jufiar and additional depositions that may be required by the deadlines currently set.

WHEREFORE, based on the foregoing, and for good cause shown, the United States and Petitioner hereby stipulate that the ancillary proceeding dates be continued.

Dated:   8/2/2021

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney

Dated:   7-30-21

/s/ Roland Joseph Jufiar
ROLAND JOSEPH JUFIAR
Petitioner
(Approved via email)

## ORDER

The Court having received, read, and considered the foregoing request, and good cause appearing therefrom, the Court hereby ENTERS the following dates with respect to the ancillary proceeding:

1. Discovery cutoff is set for November 5, 2021;

2. Last day to file dispositive motions set for December 17, 2021; and

3. The Ancillary Hearing is set for March 1, 2022 at 9:30 AM in Courtroom 6 before District Judge John A. Mendez.

Dated:  August 2, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE