PHILLIP A. TALBERT
Acting United States Attorney
ALYSON A. BERG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:18−CR−00061−JAM |
|---|---|
| Plaintiff, | **ORDER FOR MOTION FOR SUMMARY JUDGMENT** |
| v. | **[Fed. R. Civ. P. 56; 18 U.S.C. §853)]** |
| ROLAND ADRIAN JUFIAR, | Date: February 8, 2022<br>Time: 9:30 a.m.<br>Courtroom: 6, 14th Floor<br>501 I Street, Sacramento, CA<br>Judge: Hon. John A. Mendez |
| Defendant. | |

## ORDER

This is an action by plaintiff United States of America for the forfeiture of a 2012 GMC Yukon Denali XL. Doc. 1. On October 24, 2019, Petitioner Roland Joseph Jufiar filed a claim and later an answer to the United States' civil forfeiture complaint. Doc. On December 17, 2021, the United States filed a summary judgment motion. Doc. The United States argues that the 2012 GMC Yukon Denali XL is forfeitable pursuant to 21 U.S.C. § 881(a)(6) because it was furnished or intended to be furnished in exchange for controlled substances and/or proceeds traceable to such exchange related to criminal defendant Roland Adrian Jufiar's drug trafficking operations and that the Petitioner was only a nominal owner of the vehicle. The Court concludes that based on the aggregate of undisputed evidence, the United States has met its burden of proving that the 2012 Yukon Denali XL is forfeitable pursuant to 21 U.S.C. § 881(a)(6).

1 | Based on the argument and undisputed evidence submitted by the United States in support of the motion, and good cause appearing, IT IS HEREBY ORDERED AND ADJUDGED that the Motion for Summary Judgment is GRANTED and the petition filed by Roland Joseph Jufiar on October 24, 2019 shall be DENIED. The Court further orders that Judgment will be entered in favor of the United States. The United States shall submit an appropriate form of final judgment of forfeiture within 7 court days of the date of entry of this order

DATED: January 31, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE