PHILLIP A. TALBERT
United States Attorney
ALYSON A. BERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (559) 497-4093

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>ROLAND ADRIAN JUFIAR,<br><br>                    Defendant. | 2:18-CR-00061-JAM<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 23, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Roland Adrian Jufiar in the following property:

      a.    2012 GMC Yukon XL, VIN: 1GKS2MEF0CR228690, California License Plate Number: C590S0; and

      b.    One Men's Gold Rolex Watch, Serial Number 8574228.

AND WHEREAS, on August 24, 2019, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, on October 24, 2019, Roland Joseph Jufiar filed a petition alleging an

1

interest in the 2012 GMC Yukon XL.

AND WHEREAS, on December 16, 2021, the United States filed a Motion for Summary Judgment requesting the Court deny the petition of Roland Joseph Jufiar.

AND WHEREAS, on February 1, 2022, the Court granted the United States' Motion for Summary Judgment and denied the petition of Roland Joseph Jufiar.

AND WHEREAS, no other third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Roland Adrian Jufiar and Roland Joseph Jufiar.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshal Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of February, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE